| | | |
|---|---|---|
| **JENNIFER BUUCK** | * | **NO. 2023-CA-0790** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **SEAN NORWOOD** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

* * * * * * *

*TFL*

**LOVE, C. J., CONCURS IN THE RESULT.**